FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 8 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _15-68 JH_ |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 117: Domestic |
| | ) | Assault by a Habitual Offender. |
| CHRISTOPHER T. TSALATE, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 7, 2014, in Indian Country, in McKinley County, in the District of New Mexico, the Defendant, **CHRISTOPHER T. TSALATE,** an Indian, assaulted Jane Doe, an intimate partner, after having been convicted on at least two separate occasions in Federal, State or Indian tribal court of any offense against a spouse or intimate partner, and if subject to Federal jurisdiction, would be considered assault, that is:

(1)   Domestic Violence (Z.T.C. 11.2-2.1), Zuni Tribal Court, Docket No: CR-2010-1052, May 4, 2010; and

(2)   Domestic Violence (Z.T.C. 11.2-2.1), Zuni Tribal Court, Docket No: CR-2012-2044, October 15, 2012.

In violation of 18 U.S.C. §§ 1153 and 117.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____   01/08/15   2:15PM