# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial

| Date: | 1/12/2015 | Case Number: | 15cr68 JCH | |
|---|---|---|---|---|
| Case Title: USA v. | Christopher T. Tsalate | Liberty: | Gila @ | 10:00 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 4 minutes | |
| Probation/Pretrial: | A. Galaz | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Novaline Wilson | Defendant: | Pro se |
|---|---|---|---|

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Preliminary/Detention | Gila | 1/13/2015 | @ 9:30
- ☐ Other: